| FORM B1 | **United States Bankruptcy Court**<br>**Eastern District of Wisconsin** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cade, Nathaniel Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Cade, Amy A.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**FKA Amy A. Bradley** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-8278** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-3781** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4411 N. Ardmore Ave.**<br>**Milwaukee, WI 53211** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**4411 N. Ardmore Ave.**<br>**Milwaukee, WI 53211** |
| County of Residence or of the<br>Principal Place of Business: **Milwaukee** | County of Residence or of the<br>Principal Place of Business: **Milwaukee** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business      ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cade, Nathaniel Jr.**<br>**Cade, Amy A.** | FORM B1, Page 2 |
|---|---|---|

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **Nathaniel Cade, Jr.**

X _____
Signature of Joint Debtor **Amy A. Cade**

Telephone Number (If not represented by attorney)

Date  **6-1-05**

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
**Bruce A. Lanser 1003952**
Printed Name of Attorney for Debtor(s)

**LANSER LAW OFFICE**
Firm Name
**Mezzanine Suite 140**
**205 East Wisconsin Avenue**
**Milwaukee, WI 53202**
Address
**414/272-5700  Fax: 414/272-5799**
Telephone Number

Date  **6-1-05**

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  **6/1/05**
Signature of Attorney for Debtor(s)        Date
**Bruce A. Lanser**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Nathaniel Cade, Jr.,**
       **Amy A. Cade**

Case No. _____

Chapter _____**7**_____

Debtors

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| | | | ASSETS | LIABILITIES | OTHER |
| --- | --- | --- | --- | --- | --- |
| A - Real Property | Yes | 1 | 310,200.00 | | |
| B - Personal Property | Yes | 4 | 173,847.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 341,209.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 52,516.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 267,811.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 8,293.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,097.00 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 484,047.00 | | |
| Total Liabilities | | | | 661,536.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re     **Nathaniel Cade, Jr.,**            Case No. _____

        **Amy A. Cade**

_____ ,

Debtors

# SCHEDULE A. REAL PROPERTY

      Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

      Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

      If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

      If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **homestead located at:**<br>**4411 N. Ardmore Ave.**<br>**Shorewood, WI 53211**<br>**Subject to:**<br>**1. Homecomings Financial, $308,215**<br>**2. US Bank, $30,985**<br>**Value based on appraisal dated 7/9/04 of $330,000**<br>**less 6% cost of sale. Purchase price from July 2004**<br>**of $310,000.  2004 real estate tax bill value was**<br>**$291,400.** | **fee simple** | **C** | **310,200.00** | **339,200.00** |

| | | |
|---|---:|---|
| Sub-Total > | 310,200.00 | (Total of this page |
| Total > | 310,200.00 | |

    (Report also on Summary of Schedules)

   **0**    continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| DOCUMENT NO. | **WARRANTY DEED** |
|---|---|

DOC.# 08847027

REGISTER'S OFFICE | SS
Milwaukee County, WI

RECORDED AT 01:48PM
08/20/2004

JOHN LA FAVE
REGISTER OF DEEDS

AMOUNT: 11.00

THIS DEED, made between **Jeanne E. Gahn**, a single person, Grantor and **Nathaniel Cade, Jr.** and **Amy A. Cade**, husband and wife, Grantee,

WITNESSETH, That the said Grantor, for a valuable consideration conveys to Grantee the following described real estate in Milwaukee County, Wisconsin:

**TRANSFER**
**$930.00**
**FEE**

RECORDING
Return to
Nathaniel and Amy Cade
4411 N. Ardmore Ave.
Shorewood, WI 53211

Parcel Identification Number (PIN): 236-0473

Lot 27, in Block 12, in Palo Alto, according to the recorded plat thereof, in the Village of Shorewood, Milwaukee County, Wisconsin.

This is homestead property.

Together with all and singular the hereditaments and appurtenances thereunto belonging;
Grantor warrants that the title is good, indefeasible in fee simple and clear of encumbrances except: Municipal and zoning ordinances and agreements entered under them, recorded easements for the distribution of utility and municipal services, recorded building and use restrictions and covenants, and general taxes levied in the year hereof, and will warrant and defend the same.

Dated this **26** day of July, 2004.

_Jeanne E. Gahn_ (Seal)
*Jeanne E. Gahn

_____ (Seal)
*

_____ (Seal)
*

_____ (Seal)
*

| **AUTHENTICATION** | **ACKNOWLEDGEMENT** |
|---|---|

Signature(s) _____

authenticated this _____ day of, _____ 20___

*_____

TITLE: MEMBER STATE BAR OF WISCONSIN
(If not, _____
authorized by § 706.06, Wis. Stats.)

THIS INSTRUMENT WAS DRAFTED BY
Mark Reel

STATE OF WISCONSIN )
Milwaukee County. )

Personally came before me this **26th** day of July, 2004 the above named Jeanne E. Gahn to me known to be the person(s) who executed the foregoing instrument and acknowledge the same.

_Laurey R. Robinson_

Notary Public, Milwaukee County, Wis.
My Commission is permanent. (If not state expiration date: February 17, 2008 )



* Names of persons signing in any capacity should be typed or printed below their signatures.

STATE BAR OF WISCONSIN
FORM No. 1 - 1998

GAHN, JEANNE E

VILLAGE OF SHOREWOOD
VILLAGE TREASURER
3930 NORTH MURRAY AVE
SHOREWOOD, WI 53211-2385

**State of Wisconsin**
2004 REAL ESTATE PROPERTY TAX
SHOREWOOD VILLAGE
MILWAUKEE COUNTY

Comp# 181-00526-0000
Parc #    236-0473-000

Bill No:    514

| Full Payment of: | 7350.15 |
|---|---|
| or First Installment of: | 3617.33 |
| Due on or Before: | January 31, 2005 |
| Make Check Payable to: | VILLAGE OF SHOREWOOD |

Computer Number: 181-00526-0000
Parcel Number:   236-0473-000

VILLAGE OF SHOREWOOD
PAID IN FULL

~~JEANNE E~~
~~GAHN~~   *CADE,*
~~% MAX GREFIC~~ *NATHANIEL* DEC 3 1 2004
~~1951 N 122ND ST~~
~~WAUWATOSA, WI 53226~~

Village Treasurer

**RETURN THIS ENTIRE STATEMENT WITH PAYMENT TO RECEIVE A RECEIPT**

| Assessed Value Land | Ass'd Value Improvements | Total Assessed Value | Ave. Assmnt. Ratio | Net Assessed Value Rate (Does not Reflect Lottery Credit) |
|---|---|---|---|---|
| 63000 | 158200 | 221200 | 75.92% | .033750649 |

| Est. Fair Mkt. Land | Est. Fair Mkt. Improvement | Total Est. Fair Mkt. | A star in this box means unpaid prior year taxes | School taxes reduced by school levy tax credit |
|---|---|---|---|---|
| 83000 | 208400 | 291400 | | 460.18 |

| Taxing Jurisdiction | 2003 Est. State Aids Allocated Tax Dist | 2004 Est. State Aids Allocated Tax Dist | 2003 Net Tax | 2004 Net Tax | % Tax Change |
|---|---|---|---|---|---|
| STATE OF WISCONSIN | | | 54.35 | 58.27 | 7.2 |
| MILWAUKEE COUNTY | 1541089 | 1528968 | 1637.06 | 1683.23 | 2.8 |
| SHOREWOOD VILLAGE | 1137191 | 1121250 | 1967.80 | 2021.02 | 2.7 |
| MATC | 564390 | 551318 | 536.62 | 564.94 | 5.3 |
| COUNTY SALES TAX CRED | | | -338.59 | -354.48 | 4.7 |
| SHOREWOOD SCHOOL | 6335419 | 6867553 | 3069.81 | 3044.85 | -0.8 |
| METRO SEWER | | | 431.38 | 447.81 | 3.8 |
| Total | 9578089 | 10069089 | 7358.43 | 7465.64 | 1.5 |
| Lottery & Gaming Credit | | | 112.68 | 115.49 | 2.5 |
| Net Property Tax | | | 7245.75 | 7350.15 | 1.4 |

Computer Number: 181-00526-0000

IMPORTANT: Correspondence should refer to PARCEL
See reverse side for more information.

4411 N ARDMORE AV
4- 7N-22E Acres: 0.000
PALO ALTO SW 1/4 & E 1/2
SEC 4-7-22 E., LOT 27 BLK 12

| Full Payment Due On or Before January 31, 2005 | |
|---|---|
| $7,350.15 | O |
| First Installment Due On or Before January 31, 2005 | T |
| $3,617.33 | H |
| Second Installment Due On or Before March 31, 2005 | E |
| $1,866.41 | R |

| Third Installment Due On or Before May 31, 2005 | TOTAL DUE For Full Payment Pay by: January 31, 2005 |
|---|---|
| $1,866.41 | $7,350.15 |

Warning: If not paid by due date, installment option is lost and total tax is delinquent & subject to interest & penalty (see Reverse).

05/20/2005 FRI 14:22 [TX/RX NO 5145] @001

## CONRAD & COMPANY
### REALTY APPRAISALS & SALES



# APPRAISAL OF REAL PROPERTY

## LOCATED AT:
4411 N Ardmore Ave
Palo Alto SW 1/4 & E 1/2 Sec 4-7-22 E., Lot 27 Blk 12
Shorewood, WI 53211-1419

## FOR:
GSF Mortgage Corp.
19435 W Capitol Drive
Brookfield, WI 53005

## AS OF:
July 09, 2004

## BY:
Rich W Conrad
Wisconsin Certified Residential Appraiser #1240-009
116 W Grand Avenue
Port Washington, WI 53074
Phone: 262-284-4848
Fax: 262-284-9218

| | |
|---|---|

**SUBJECT INFORMATION**

| | |
|---|---|
| Subject Address | 4411 N Ardmore Ave |
| Legal Description | Palo Alto SW 1/4 & E 1/2 Sec 4-7-22 E., Lot 27 Blk 12 |
| City | Shorewood |
| County | Milwaukee |
| State | WI |
| Zip Code | 53211-1419 |
| Census Tract | 0801.00 |
| Map Reference | 044N 008E |

**SALES PRICE**

| | |
|---|---|
| Sale Price | $ 310,000 |
| Date of Sale | Unknown |

**CLIENT**

| | |
|---|---|
| Borrower / Client | Cade, Nathaniel & Amy |
| Lender | GSF Mortgage Corp. |

**DESCRIPTION OF IMPROVEMENTS**

| | |
|---|---|
| Size (Square Feet) | 2,698 |
| Price per Square Foot | $ 114.90 |
| Location | Ave/Suburban |
| Age | 1951 |
| Condition | Ave/Min Updates |
| Total Rooms | 8 |
| Bedrooms | 4 |
| Baths | 3.0 |

**APPRAISER**

| | |
|---|---|
| Appraiser | Rich W Conrad |
| Date of Appraised Value | July 09, 2004 |

**VALUE**

| | |
|---|---|
| Final Estimate of Value | **$ 330,000.00** |

| Sale Price $ | 310,000 | Date of Sale Unknown | | Description and $ amount of loan charges/concessions to be paid by seller | N/A |
|---|---|---|---|---|---|

Lender/Client  GSF Mortgage Corp.  Address 19435 W Capitol Drive, Brookfield, WI 53005

Appraiser  Rich W Conrad  Address 116 W Grand Avenue, Suite #210, Port Washington, WI 53074

**NEIGHBORHOOD**

| Location | ☐ Urban | ☒ Suburban | ☐ Rural | Predominant occupancy | Single family housing | | Present land use % | | Land use change | |
|---|---|---|---|---|---|---|---|---|---|---|
| Built up | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | PRICE $(000) | AGE (YRS) | One family | 75 | ☒ Not likely | ☐ Likely |
| Growth rate | ☐ Rapid | ☒ Stable | ☐ Slow | | 150 Low | 0 | Two family | 10 | ☐ In process | |
| Property values | ☒ Increasing | ☐ Stable | ☐ Declining | ☒ Owner | 650+ High | 75+ | Multi-family | 05 | To: _____ | |
| Demand/supply | ☐ Shortage | ☒ In balance | ☐ Over supply | ☐ Tenant | | | Commercial | 05 | | |
| Marketing time | ☒ Under 3 mos. | ☐ 3-6 mos. | ☐ Over 6 mos. | ☐ Vacant (0-5%) | Predominant | | Vacant | 05 | | |
| | | | | ☐ Vac.(over 5%) | 250+ | 25+ | | | | |

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

Neighborhood boundaries and characteristics:   Subject property is located in the Village of Shorewood a suburb of the City of Milwaukee.
Neighborhood boundaries are best described as the entire village.                            (See Neighborhood Map)

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.):
Property is located within the Village of Shorewood. Immediate location is in a primarily residential area. The City of Milwaukee borders to the
west.  The subject is within an area that provides easy accessibility to schools, churches, employment, parks, shopping, recreation and most
other essentials and conveniences typical of a suburban environment.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time
-- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.):
The Subject Property's neighborhood appears to be stable and not a transitional area.  Demand (for single family residences) and supply
appear to be in balance, and overall, values in the Village of Shorewood and surrounding communities have been appreciating steadily.  There
is no indication of any unusual seller concessions, and estimated markteing time for the Subject Property (as-is, as of the appraisal effective
date) is 0-180 days.

**PUD**

Project Information for PUDs (If applicable) - - Is the developer/builder in control of the Home Owners' Association (HOA)?   ☐ Yes   ☐ No
Approximate total number of units in the subject project _____   Approximate total number of units for sale in the subject project _____
Describe common elements and recreational facilities:

**SITE**

| | | |
|---|---|---|
| Dimensions  51' x 119' | | Topography  Generally Level |
| Site area  6,069/.139 of an acre | Corner Lot ☐ Yes ☒ No | Size  Average for Area |
| Specific zoning classification and description   Residential District | | Shape  Rectangular |
| Zoning compliance ☒ Legal  ☐ Legal nonconforming (Grandfathered use)  ☐ Illegal  ☐ No zoning | | Drainage  Appears Adequate |
| Highest & best use as improved: ☒ Present use  ☐ Other use (explain) | | View  Residential |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | |
|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Street | Asphalt | ☒ | | Landscaping  Ave/Good-Mature |
| Gas | ☒ | | Curb/gutter | Concrete | ☒ | | Driveway Surface  None (Alley) |
| Water | ☒ | | Sidewalk | Concrete | ☒ | | Apparent easements None noted |
| Sanitary sewer | ☒ | | Street lights | Yes | ☒ | | FEMA Special Flood Hazard Area  ☐ Yes ☒ No |
| Storm sewer | ☒ | | Alley | Rear | ☒ | | FEMA Zone  C      Map Date  8/11/1978 |
| | | | | | | | FEMA Map No.  5502820001B |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.):   No adverse
easements or encroachments noted at time of inspection.

**DESCRIPTION OF IMPROVEMENTS**

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | One | Foundation | Concrete Block | Slab | 20% | Area Sq. Ft. | Partial | Roof | Unknown |
| No. of Stories | Two | Exterior Walls | Wood/Brick | Crawl Space | None | % Finished | Minimal | Ceiling | Unknown |
| Type (Det./Att.) | Detached | Roof Surface | Compos shngls | Basement | 80% | Ceiling | Joists | Walls | Unknown |
| Design (Style) | Colonial | Gutters & Dwnspts. | Metal | Sump Pump | None | Walls | Block | Floor | None |
| Existing/Proposed | Existing | Window Type | Double Hung | Dampness | No Adverse | Floor | Carpet/Conc | None | |
| Age (Yrs.) | 1951 | Storm/Screens | AluminumCmbo | Settlement | No Adverse | Outside Entry | None | Unknown | ☒ |
| Effective Age (Yrs.) | 25 | Manufactured House | No | Infestation | None Noted | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | Partial |
| Level 1 | 1 | 1 | Area | 1 | | 1 | | | 1.0 | X | | 1,395 |
| Level 2 | | | | 1 | | | | 3 | 2.0 | | | 1,304 |

Finished area above grade contains:        8 Rooms;        4 Bedroom(s);        3.0 Bath(s);        2,698   Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Carpet/Vinyl/HdWd | Type | FWA | Refrigerator | ☐ | None | ☐ | Fireplace(s) # FP | ☒ | None | ☐ |
| Walls | Drywall | Fuel | Natrl Gas | Range/Oven | ☐ | Stairs | ☐ | Patio | | Garage | # of cars |
| Trim/Finish | Stn/Pnt/Wood | Condition | Average | Disposal | ☒ | Drop Stair | ☐ | Deck | | Attached | |
| Bath Floor | Vinyl/CTile | COOLING | | Dishwasher | ☒ | Scuttle | ☐ | Porch | Stoop | Detached | 2 |
| Bath Wainscot | Modular/CTile | Central | CAC | Fan/Hood | ☐ | Floor | ☐ | Fence | | Built-in | |
| Doors | Flush | Other | None | Microwave | ☐ | Heated | ☐ | Pool | | Carport | |
| All surfaces Average | | | | Washer/Dryer | ☐ | Finished | ☐ | | | Driveway | |

Additional features (special energy efficient items, etc.):        Colonial home with 4 bedrooms and 3.0 bath. Good functional floor plan. Cedar Closet in the
basement. Home has had quite a bit of updating and is in average condition.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.:        Home is in

**COST AP**

| | | | |
|---|---|---|---|
| Total Estimated Cost New ............................= $ 308,380 | | | **Estimated reproduction cost new is based on input from Marshall & Swiffts/Boeckhs 2002 Residential Cost Guide, Appraiser Files and Appraiser's general knowledge of area building costs.** |
| Less | Physical | Functional | External |
| Depreciation | 102,783 | | = $ 102,783 |
| Depreciated Value of Improvements ........................= $ 205,597 |
| "As-is" Value of Site Improvements ........................= $ 7,500 |
| **INDICATED VALUE BY COST APPROACH** ........................= $ 338,097 |

## SALES COMPARISON ANALYSIS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4411 N Ardmore Ave Shorewood | 2625 E Olive Street Shorewood | | 4330 N Wildwood Ave Shorewood | | 2400 E Olive Street Shorewood | |
| Proximity to Subject | | 7 Blocks East | | 2 Blocks Southwest | | 6 Blocks East | |
| Sales Price | $ 310,000 | $ 327,500.00 | | $ 329,000.00 | | $ 300,000.00 | |
| Price/Gross Living Area | $ 114.90 | $ 181.34 | | $ 171.35 | | $ 169.68 | |
| Data and/or Verification Source | Extr & Intr Inspec Homeown & Assr | MLS#662453 & Exterior Insp. Local Assessment Files | | MLS#672451 & Exterior Insp. Local Assessment Files | | MLS#694207 & Exterior Insp. Local Assessment Files | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing Concessions | | Conventional None Disclosed | 0 | Conventional None Disclosed | 0 | Conventional None Disclosed | 0 |
| Date of Sale/Time | | 01-04/DOM:114 | 0 | 12-03/DOM:18 | 0 | 06-04/DOM:30 | 0 |
| Location | Ave/Suburban | Ave/Suburban | 0 | Ave/Suburban | 0 | Ave/Suburban | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0 | Fee Simple | 0 | Fee Simple | 0 |
| Site | .139 of an acre | .192 of an acre | 0 | .162 of an acre | 0 | .098 of an acre | 0 |
| View | Residential | Residential | 0 | Residential | 0 | Residential | 0 |
| Design and Appeal | Colonial | Colonial | 0 | Colonial | 0 | Colonial | 0 |
| Quality of Construction | Average | Average | 0 | Average | 0 | Average | 0 |
| Age | 1951 | 1951 | 0 | 1936 | 0 | 1918 | 0 |
| Condition | Ave/Min Updates | Gd/Many Updates | -25,000 | Gd/Many Updates | -25,000 | Ave/Min Updates | 0 |
| Above Grade Room Count | Total 8 Bdrms 4 Baths 3.0 | Total 6 Bdrms 3 Baths 1.5 | +7,500 | Total 6 Bdrms 3 Baths 1.5 | +7,500 | Total 7 Bdrms 3 Baths 1.0 | +10,000 |
| Gross Living Area | 2,698 Sq. Ft. | 1,806 Sq. Ft. | +22,500 | 1,920 Sq. Ft. | +19,500 | 1,768 Sq. Ft. | +23,000 |
| Basement & Finished Rooms Below Grade | Partial Minimal | Full Bath | 0 -3,000 | Full None | 0 0 | Full .5 Bath | 0 -2,000 |
| Functional Utility | Average | Average | 0 | Average | 0 | Average | 0 |
| Heating/Cooling | FWA/CAC | FWA/CAC | 0 | FWA/CAC | 0 | HtWt/noCAC | +2,000 |
| Energy Efficient Items | Ave for Age | Ave for age | 0 | Ave for age | 0 | Ave for age | 0 |
| Garage/Carport | 2 Car Det | 2 Car Att | 0 | 2 Car Det | 0 | 2 Car Att | 0 |
| Porch, Patio, Deck, Fireplace(s), etc. | None FP | Patio/Deck None | -3,000 +2,000 | None FP | 0 0 | None FP | 0 0 |
| Fence, Pool, etc. | None | None | 0 | Fence | -500 | Fence | -500 |
| Landscape | Ave/Gd/Mature | Ave/Gd/Mature | 0 | Ave/Gd/Mature | 0 | Ave/Gd/Mature | 0 |
| Net Adj. (total) | | ☒ + ☐ − $ | 1,000 | ☒ + ☐ − $ | 1,500 | ☒ + ☐ − $ | 32,500 |
| Adjusted Sales Price of Comparable | | Net 0.3 % Gross 19.2 % $ | 328,500 | Net 0.5 % Gross 16.0 % $ | 330,500 | Net 10.8 % Gross 12.5 % $ | 332,500 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): the subject property and the three comparable sales are influenced by a similar economic environment. Most weight is given to comparable #3 due to fewest gross adjustments and similarity in condition. All three comps were similar in style and location (all three comps were within the Village of Shorewood). The subject property is larger than most homes in the immediate area and the gross living area adjustment for comparables is based on a conservative $25 per square foot contributing value. Comparable sales are considered reliable indicators of the subjects appraised value.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | N/A Public Record | N/A Public Record | N/A Public Record | N/A Public Record |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: The subject property is under contract for purchase for $310,000.00. No copy of the offer to purchase was provided by the lender.

| | |
|---|---|
| **INDICATED VALUE BY SALES COMPARISON APPROACH** | $ 330,000 |
| **INDICATED VALUE BY INCOME APPROACH (if Applicable)** Estimated Market Rent $ _____ /Mo. x Gross Rent Multiplier _____ = $ | |

This appraisal is made ☒ "as is" ☐ subject to the repairs, alterations, inspections or conditions listed below ☐ subject to completion per plans & specifications.
Conditions of Appraisal: No warranty of the appraised property is given or implied. No liability is assumed for structural or mechanical components of the Subject Property, including well and septic systems, if applicable.

Final Reconciliation: All approaches were considered, while using the Cost and Sales Comparison Approaches. The most weight was placed on the Sales Approach, based on the typical motivation when purchasing a single family property. The Cost Approach provides support of estimated value.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised 06-93 ).

**I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF** July 09, 2004 **(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE** $ 330,000.00

DOC.#
08847028

REGISTER'S OFFICE | SS
Milwaukee County, WI|

RECORDED AT 01:48PM

08/20/2004

JOHN LA FAVE
REGISTER OF DEEDS

AMOUNT:     41.00

Prepared by and When Recorded Return To:
JILL GOLLA
GSF MORTGAGE CORPORATION
15430 W. CAPITOL DRIVE, #100
BROOKFIELD, WI  53005
PARCEL NO. 236-0473
------------------[Space Above This Line For Recording Data]------------------

LOAN NO. 238404B

# MORTGAGE

MIN  100310900000018121

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3,
11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in
Section 16.

(A) "Security Instrument" means this document, which is dated   JULY 26, 2004                            ,
together with all Riders to this document.
(B) "Borrower" is
NATHANIEL CADE, JR. AND AMY A. CADE, HUSBAND AND WIFE


Borrower is the mortgagor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc.  MERS is a separate corporation that is acting
solely as a nominee for Lender and Lender's successors and assigns.  MERS is the mortgagee under this
Security Instrument.  MERS is organized and existing under the laws of Delaware, and has an address and
telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(D) "Lender" is
GSF MORTGAGE CORPORATION
Lender is a                                                           organized and existing under the laws of
DELAWARE                          . Lender's address is
15430 W. CAPITOL DRIVE, #100
BROOKFIELD, WI 53005
(E)  "Note" means the promissory note signed by Borrower and dated   JULY 26, 2004                      .
The Note states that Borrower owes Lender
THREE HUNDRED TEN THOUSAND AND 00/100
Dollars (U.S. $   310,000.00         ) plus interest.  Borrower has promised to pay this debt in regular
Periodic Payments and to pay the debt in full not later than  AUGUST 1, 2034
(F)  "Property" means the property that is described below under the heading "Transfer of Rights in the
Property."
(G) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due
under the Note, and all sums due under this Security Instrument, plus interest.


WISCONSIN - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS     Form 3050 (01/01)
MERS MN

Page 1 of 13



REGISTER'S OFFICE | SS
Milwaukee County, WI

RECORDED AT 10:03AM

09/27/2004

JOHN LA FAVE
REGISTER OF DEEDS

AMOUNT        19.00

Return Address:
U.S. BANK CONSUMER FINANCE DIV.

16 NINTH AVE. NORTH
HOPKINS, MN 55343-7617

Parcel Number:236-0473

# MORTGAGE
(With Future Advance Clause)

☐ Construction Mortgage. This is a Construction Mortgage which secures an
obligation incurred for the construction of an improvement on the
Property, which may include the Property's acquisition cost. This
obligation provides for future advances made for the completion of the
contemplated improvement on the mortgaged Property.

_____ State of Wisconsin _____ Space Above This Line For Recording Data _____

Loan No.: 00003000300200

1.   **DATE AND PARTIES.** The date of this Mortgage (Security Instrument) is August 27, 2004 and the
parties, their addresses and tax identification numbers, if required, are as follows:
     MORTGAGOR: NATHANIEL CADE JR AND AMY A CADE, HUSBAND AND WIFE

          4411 N ARDMORE AVE, SHOREWOOD, WI  53211

     LENDER:
          U.S. BANK NATIONAL ASSOCIATION ND
          4325 - 17TH AVENUE SW, FARGO, ND  58103

2.   **CONVEYANCE.** For good and valuable consideration, the receipt and sufficiency of which is acknowledged, and to
secure the Secured Debt (defined below) and Mortgagor's performance under this Security Instrument, Mortgagor grants,
bargains, conveys and mortgages to Lender the following described property:

     SEE"ATTACHMENT A"

The property is located in          MILWAUKEE          at  4411 N ARDMORE AVE
                                    (County)

_____       SHOREWOOD_____ ,Wisconsin    53211
          (Address)                        (City)                      (ZIP Code)

Together with all rights, easements, appurtenances, royalties, mineral rights, oil and gas rights, all water and riparian
rights, ditches, and water stock and all existing and future improvements, structures, fixtures, and replacements that may
now, or at any time in the future, be part of the real estate described above (all referred to as "Property").

3.   **MAXIMUM OBLIGATION LIMIT.** The total principal amount secured by this Security Instrument at any one time
shall not exceed $ 31,000.00 . This limitation of amount does not include interest and other fees and
charges validly made pursuant to this Security Instrument. Also, this limitation does not apply to advances made under the
terms of this Security Instrument to protect Lender's security.

4.   **SECURED DEBT AND FUTURE ADVANCES.** The term " Secured Debt" is defined as follows:
     A. Debt incurred under the terms of all promissory note(s), contract(s), guaranty(s) or other evidence of debt described
     below and all their extensions, renewals, modifications or substitutions. *(You must specifically identify the debt(s)
     secured and you should include the final maturity date of such debt(s).)*

          All amounts payable to Lender at any time under a U.S. BANK EQUILINE AGREEMENT
          dated 08/27/04, signed by AMY A CADE.  The length of the repayment period and
          the maturity date will depend on the amounts owed at the beginning of the
          repayment period, but it will end no later than the maturity date of  9/1/2029.

     B. All future advances from Lender to Mortgagor or other future obligations of Mortgagor to Lender under any
     promissory note, contract, guaranty, or other evidence of debt executed by Mortgagor in favor of Lender executed
     after this Security Instrument whether or not this Security Instrument is specifically referenced, and whether or not
     the purpose of the future advances or future obligations is related to or the purpose of the Secured Debt. If more than
     one person signs this Security Instrument, each Mortgagor agrees that this Security Instrument will secure all future
     advances and future obligations that are given to or incurred by any one or more Mortgagor, or any one or more
     Mortgagor and others. All future advances and other future obligations are secured by this Security Instrument even
     though all or part may not yet be advanced. All future advances and other future obligations are secured as if made
     on the date of this Security Instrument. Nothing in this Security Instrument shall constitute a commitment to make
     additional or future loans or advances in any amount. Any such commitment must be agreed to in a separate
     writing.

**WISCONSIN - HOME EQUITY LINE OF CREDIT MORTGAGE** (NOT FOR FNMA, FHLMC, FHA OR VA USE)                    (page 1 of 4)

© 1994 Bankers Systems, Inc., St. Cloud, MN Form OCP-REMTG-WI 10/7/98
C465(WI) (0001).01                    VMP MORTGAGE FORMS - (800)521-7291

In re **Nathaniel Cade, Jr.,**
      **Amy A. Cade**

Case No. _____

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | M & I Bank, checking, $6,140 | C | 6,140.00 |
| | | M & I Bank, money market, $5 | C | 5.00 |
| | | US Bank, checking, $6 | C | 6.00 |
| | | US Bank, money market, $0 | C | 0.00 |
| | | Sharebuilder, investment account, $50 | C | 50.00 |
| | | Navy Federal Credit Union, checking and savings, $11 | C | 11.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 3 tv's, $325; stereo, $10; VCR/DVD, $50; 3 couches, $500; 3 chairs, $400; tables, $50; lamps, $400; kitchen set, $100; dining set, $500; stove, $125; refrigerator, $200; microwave, $50; cooking utensils, $25; desk, $400; master bedroom, $100; children's bedroom furniture, $500; vacuum cleaner, $20; washer & dryer, $200; computer & printer, $325; lawn & garden equipment, $150; snowblower, $75; patio furniture, $50; tools, $200; entertainment center, $300 | C | 5,055.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | CD's, $200; DVD's, $125; baseball cards, $250; comic books, $100; pictures, $100 | C | 775.00 |
| 6. Wearing apparel. | | wearing apparel, no resale value, $0 | C | 0.00 |

|  | Sub-Total > | 12,042.00 |
|---|---|---|
|  | (Total of this page) | |

<u> 3 </u>  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Nathaniel Cade, Jr.,**
         **Amy A. Cade**

Case No. _____

                              Debtors                    ,

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | | stoll, $25; jewelry, $60; wedding/engagement set, $2,050 | C | 2,135.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | treadmill, $100; 3 sets of golf clubs, $105; 3 cameras, $90; bicycles and baby jogger, $180 | C | 475.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | term policy through Northwestern Mutual, no cash value, Nathaniel, $0 | C | 0.00 |
| | | term policy through Northwestern Mutual, no cash value, Amy, $0 | C | 0.00 |
| | | group term life insurance through employer, Nathaniel, no cash value, $0 | C | 0.00 |
| | | group term life insurance through employer Nathaniel's employer, Amy, no cash value, $0 | C | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Roth IRA, Amy, T.Rowe Price, $1,286 | C | 1,286.00 |
| | | Roth IRA, State Street Bank & Trust, Nathaniel, $999 | C | 999.00 |
| | | Michael Best & Friedrich, LLP Employees Retirement Plan, Nathaniel, $143,710 | C | 143,710.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Time To Kiln, LLC; Nathaniel 50% membership; Amy 50% membership; no value; debts exceed value of assets. Assets include: kiln, $250; shelving, $150; fax machine, $20; computer, $00. | C | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |

Sub-Total >          148,605.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Case 05-29354-svk    Doc 2    Filed 06/02/05    Page 14 of 46

Best Case Bankruptcy

In re    **Nathaniel Cade, Jr.,**                Case No. _____
              **Amy A. Cade**

Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Saab, $3,485 | C | 3,485.00 |
| | | 2002 Pontiac Montana, $9,715 | C | 9,715.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >     <b>13,200.00</b><br>(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 173,847.00 |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy



HOME    NEW CARS    **USED CARS**    REVIEWS & RATINGS    ADVICE    FINANCING & INSURA

> Quick Dealer Price Quote    > Search Used Car Listings    > List Your Car for S

advertisement

**BLUE BOOK® TRADE-IN VALUE**
**Wisconsin • May 4, 2005**
**1997 Saab 9000 CS Hatchback 4D**

Search Listings for This Car
List Your Car For Sale Online
Quick New Car Price Quote
Free CARFAX Record Check
Auto Loans from 4.49% APR
Insurance Quote
Payment Calculator

**Engine:** 4-Cyl. 2.3L Turbo
**Trans:** Automatic
**Drive:** Front Wheel Drive
**Mileage:** 69,800

**BLUE BOOK CLASSIFIEDS™**
List Your Car For Sale

For one low price your ad
appear on both kbb.com a
cars.com. Plus over 175 ot
popular websites.

— advertisement —

**Equipment**

| | | |
|---|---|---|
| Air Conditioning | Cruise Control | Leather |
| Power Steering | AM/FM Stereo | Dual Power Seats |
| Power Windows | Cassette | Sliding Sun Roof |
| Power Door Locks | Dual Front Air Bags | Alloy Wheels |
| Tilt Wheel | ABS (4-Wheel) | |

**Consumer Rated Condition:**                                                    **Fair**

"Fair" condition means that the vehicle has some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition. This vehicle has a clean title history , the paint, body and/or interior need work performed by a professional. The tires may need to be replaced. There may be some repairable rust damage.

**Trade-In Value**                              List Your Car For Sale Online   **$3,485**

Trade-in Value is what consumers can expect to receive from a dealer for a trade-in vehicle assuming an accurate appraisal of condition. This value will likely be less than the Private Party Value because the reselling dealer incurs the cost of safety inspections, reconditioning and other costs of doing business.

# NEXT STEP:   ◌ **Get New Car Pricing**





HOME    NEW CARS    USED CARS    REVIEWS & RATINGS    ADVICE    FINANCING & INSURA

› Quick Dealer Price Quote    › Search Used Car Listings    › List Your Car for S

advertisement

## BLUE BOOK® TRADE-IN VALUE
**Wisconsin • May 4, 2005**
## 2002 Pontiac Montana Extended Minivan 4D

 

Search Listings for This Car
List Your Car For Sale Online
Quick New Car Price Quote
Free CARFAX Record Check
Auto Loans from 4.49% APR
Insurance Quote
Payment Calculator

BLUE BOOK CLASSIFIEDS™
List Your Car For Sale

For one low price your ad
appear on both kbb.com a
cars.com. Plus over 175 ot
popular websites.

advertisement

**Engine:** V6 3.4 Liter
**Trans:** Automatic
**Drive:** AWD
**Mileage:** 36,200

**Equipment**

| | | |
|---|---|---|
| 7 Passenger Seating | AM/FM Stereo | Leather |
| Air Conditioning | Cassette | Dual Power Seats |
| Power Steering | Single Compact Disc | Quad Seating |
| Power Windows | OnStar | Roof Rack |
| Power Door Locks | Dual Front Air Bags | Privacy Glass |
| Tilt Wheel | Front Side Air Bags | Two-Tone Paint |
| Cruise Control | ABS (4-Wheel) | |

**Consumer Rated Condition:**                                               **Good**

"Good" condition means that the vehicle is free of any major defects. This vehicle has a clean title history , the paint, body and interior have only minor (if any) blemishes, and there are no major mechanical problems. There should be little or no rust on this vehicle. The tires match and have substantial tread wear left. A "good" vehicle will need some reconditioning to be sold at retail. Most consumer owned vehicles fall into this category.

**Trade-In Value**           List Your Car For Sale Online   **$9,715**

Trade-in Value is what consumers can expect to receive from a dealer for a trade-in vehicle assuming an accurate appraisal of condition. This value will likely be less than the Private Party Value because the reselling dealer incurs the cost of safety inspections, reconditioning and other costs of doing business.

**Get New Car Pricing**

In re   **Nathaniel Cade, Jr.,**
       **Amy A. Cade**

Case No. _____

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*
- ■ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
- ☐ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| homestead located at:<br>4411 N. Ardmore Ave.<br>Shorewood, WI 53211<br>Subject to:<br>1. Homecomings Financial, $308,215<br>2. US Bank, $30,985<br>Value based on appraisal dated 7/9/04 of $330,000 less 6% cost of sale. Purchase price from July 2004 of $310,000.  2004 real estate tax bill value was $291,400. | 11 U.S.C. § 522(d)(1) | 0.00 | 310,200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| M & I Bank, checking, $6,140 | 11 U.S.C. § 522(d)(5) | 6,140.00 | 6,140.00 |
| M & I Bank, money market, $5 | 11 U.S.C. § 522(d)(5) | 5.00 | 5.00 |
| US Bank, checking, $6 | 11 U.S.C. § 522(d)(5) | 6.00 | 6.00 |
| US Bank, money market, $0 | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Sharebuilder, investment account, $50 | 11 U.S.C. § 522(d)(5) | 50.00 | 50.00 |
| Navy Federal Credit Union, checking and savings, $11 | 11 U.S.C. § 522(d)(5) | 11.00 | 11.00 |
| **Household Goods and Furnishings** | | | |
| 3 tv's, $325; stereo, $10; VCR/DVD, $50; 3 couches, $500; 3 chairs, $400; tables, $50; lamps, $400; kitchen set, $100; dining set, $500; stove, $125; refrigerator, $200; microwave, $50; cooking utensils, $25; desk, $400; master bedroom, $100; children's bedroom furniture, $500; vacuum cleaner, $20; washer & dryer, $200; computer & printer, $325; lawn & garden equipment, $150; snowblower, $75; patio furniture, $50; tools, $200; entertainment center, $300 | 11 U.S.C. § 522(d)(3) | 5,055.00 | 5,055.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| CD's, $200; DVD's, $125; baseball cards, $250; comic books, $100; pictures, $100 | 11 U.S.C. § 522(d)(3) | 775.00 | 775.00 |
| **Wearing Apparel** | | | |
| wearing apparel, no resale value, $0 | 11 U.S.C. § 522(d)(3) | 0.00 | 0.00 |
| **Furs and Jewelry** | | | |
| stoll, $25; jewelry, $60; wedding/engagement set, $2,050 | 11 U.S.C. § 522(d)(4) jewelry<br>11 U.S.C. § 522(d)(3) stoll | 2,110.00<br>25.00 | 2,135.00 |

   **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Nathaniel Cade, Jr.,**
       **Amy A. Cade**
                                           Debtors                 Case No. _____

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
## (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| treadmill, $100; 3 sets of golf clubs, $105; 3 cameras, $90; bicycles and baby jogger, $180 | 11 U.S.C. § 522(d)(3) | 475.00 | 475.00 |
| **Interests in Insurance Policies** | | | |
| term policy through Northwestern Mutual, no cash value, Nathaniel, $0 | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| term policy through Northwestern Mutual, no cash value, Amy, $0 | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| group term life insurance through employer, Nathaniel, no cash value, $0 | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| group term life insurance through employer Nathaniel's employer, Amy, no cash value, $0 | 11 U.S.C. § 522(d)(7) | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Roth IRA, Amy, T.Rowe Price, $1,286 | 11 U.S.C. § 522(d)(10)(E) | 1,286.00 | 1,286.00 |
| Roth IRA, State Street Bank & Trust, Nathaniel, $999 | 11 U.S.C. § 522(d)(10)(E) | 999.00 | 999.00 |
| Michael Best & Friedrich, LLP Employees Retirement Plan, Nathaniel, $143,710 | 11 U.S.C. § 522(d)(10)(E) | 143,710.00 | 143,710.00 |
| **Stock and Interests in Businesses** | | | |
| Time To Kiln, LLC; Nathaniel 50% membership; Amy 50% membership; no value; debts exceed value of assets. Assets include: kiln, $250; shelving, $150; fax machine, $20; computer, $00. | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1997 Saab, $3,485 | 11 U.S.C. § 522(d)(5) | 3,485.00 | 3,485.00 |
| 2002 Pontiac Montana, $9,715 | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 5,900.00<br>3,815.00 | 9,715.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6D
(12/03)

In re  **Nathaniel Cade, Jr.,**
      **Amy A. Cade**

Case No. _____

_____
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2004 | | | | | |
| GE Capital Consumer Credit P.O. Box 960061 Orlando, FL 32896-0061 | C | | PMSI<br><br>carpeting | | | | | |
| | | | Value $      0.00 | | | | 2,009.00 | 2,009.00 |
| Account No. | | | 7/26/04 | | | | | |
| Homecomings Financial P.O. Box 78426 Phoenix, AZ 85062-8426 | C | | 1st mortgage<br><br>4411 N. Ardmore Ave., Shorewood, WI | | | | | |
| | | | Value $    310,200.00 | | | | 308,215.00 | 0.00 |
| Account No. | | | 8/27/04 | | | | | |
| US Bank P.O. Box 790179 Saint Louis, MO 63179-0179 | C | | 2nd mortgage<br><br>4411 N. Ardmore Ave., Shorewood, WI | | | | | |
| | | | Value $    310,200.00 | | | | 30,985.00 | 29,000.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal (Total of this page) | 341,209.00 |
| | Total (Report on Summary of Schedules) | 341,209.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re    **Nathaniel Cade, Jr.,**                                 Case No._____
             **Amy A. Cade**

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1   continuation sheets attached

In re   **Nathaniel Cade, Jr.,**             Case No. _____

        **Amy A. Cade**

_____,

Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 3/00-9/03 | | | | | |
| **IRS - Insolvency Unit Stop 5301 MIL 310 W. Wisconsin Ave. Milwaukee, WI 53203** | C | | Form 940 and 941 taxes for Time To Kiln, LLC | X | X | | 24,516.00 | 24,516.00 |
| Account No. | | | 2004 | | | | | |
| **Wisconsin Dept. of Revenue Special Procedures Unit P.O. Box 8901 Madison, WI 53708-8901** | C | | sales and withholding taxes for Time To Kiln, LLC | | | | 28,000.00 | 28,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 52,516.00 | |
| Total (Report on Summary of Schedules) | 52,516.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F
(12/03)

In re   **Nathaniel Cade, Jr.,**
       **Amy A. Cade**

Case No. _____

                                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ADT Security Services**<br>**c/o Atty. Richard B. Della Croce**<br>**9447 W. 144th Pl.; Ste. 100**<br>**Orland Park, IL 60462** | | C | **2004**<br>**debt of Time To Kiln, LLC** | | | | 204.00 |
| Account No.<br><br>**AES Graduate Loan Center (PHEAA)**<br>**Harrisburg, PA 17130-0001** | | C | **1993-1996**<br>**student loan** | | | | 21,160.00 |
| Account No.<br><br>**BP Oil**<br>**Processing Center**<br>**Des Moines, IA 50360-0001** | | C | **2005**<br>**charges on revolving credit card** | | | | 150.00 |
| Account No.<br><br>**Capital One, FSB**<br>**P.O. Box 790217**<br>**Saint Louis, MO 63179-0217** | | C | **2002-2005**<br>**debt of Time To Kiln, LLC** | | | | 1,560.00 |
| **4**   continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 23,074.00 |

Form B6F - Cont.
(12/03)

In re    **Nathaniel Cade, Jr.,**                               Case No. _____
          **Amy A. Cade**

                                           Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Citibank**<br>P.O. Box 6000<br>The Lakes, NV 89163-0001 | C | | 1994-2005<br>**charges on revolving credit card; two accounts** | | | | 32,000.00 |
| Account No.<br><br>**Citibank-Citi Business Card**<br>P.O. Box 6309<br>The Lakes, NV 88901-6309 | C | | 1998-2004<br>**debt of Time To Kiln, LLC** | | | | 5,300.00 |
| Account No.<br><br>**Columbia St. Mary's**<br>Drawer 78408<br>Milwaukee, WI 53278 | C | | 2004<br>**medical services** | | | | 850.00 |
| Account No.<br><br>**Core Comm Internet**<br>P.O. Box 742594<br>Cincinnati, OH 45274-2594 | C | | 2004<br>**debt of Time To Kiln, LLC** | | | X | 54.00 |
| Account No.<br><br>**Enerbank USA**<br>P.O. Box 26856<br>Salt Lake City, UT 84126-0856 | C | | 2004<br>**personal loan** | | | | 8,250.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                  Subtotal<br>(Total of this page)     46,454.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re  **Nathaniel Cade, Jr.,**
       **Amy A. Cade**

Case No. _____

_____,
                                                                Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | 2004 charges on revolving credit card | | | | |
| Exxon Mobil Company P.O. Box 4555 Carol Stream, IL 60197-4555 | C | | | | | | | |
| | | | | | | | | 225.00 |
| **Account No.** | | | | 1995-2004 charges on revolving credit card | | | | |
| Household Credit GM Mastercard P.O. Box 60106 City Of Industry, CA 91716-0106 | C | | | | | | | |
| | | | | | | | | 11,650.00 |
| **Account No.** | | | | 2002 charges on revolving credit card | | | | |
| Household Credit P.O. Box 4153-K Carol Stream, IL 60197-4153 | C | | | | | | | |
| | | | | | | | | 3,353.00 |
| **Account No.** | | | | 7/28/97 (orginal lease and per.guar.) commercial lease of Time To Kiln, LLC; personally guaranteed; amount shown is through end of lease | X | X | X | |
| Katz Properties, Inc. 316 E. Silver Spring Dr.; Ste. 306 Whitefish Bay, WI 53217 | | W | | | | | | |
| | | | | | | | | 65,400.00 |
| **Account No.** | | | | additional notice | | | | |
| Katz Properties, Inc. c/o Atty. David M. Sengstock 10150 W. National Ave.; Ste. 390 Milwaukee, WI 53227 | C | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 80,628.00 |

In re    **Nathaniel Cade, Jr.,**
      **Amy A. Cade**

Case No. _____

                                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MBNA America Platinum fo Business P.O. Box 15469 Wilmington, DE 19886-5469** | | C | 1998-2004 debt of Time To Kiln, LLC | | | | 15,600.00 |
| Account No. **MCI Small Business Service P.O. Box 17890 Denver, CO 80217-0890** | | C | 2004 debt of Time To Kiln, LLC | | | | 38.00 |
| Account No. **Retailers National Bank Hudson's P.O. Box 102 Minneapolis, MN 55440-0102** | | C | 2004-2205 charges on revolving credit card | | | | 275.00 |
| Account No. **Sam's Club P.O. Box 4596 Carol Stream, IL 60197** | | C | 2002-2005 debt of Time To Kiln, LLC | | | | 2,450.00 |
| Account No. **SBC Payment Processing Center Bill Payment Center Saginaw, MI 48663-0003** | | C | 2004 debt of Time To Kiln, LLC | | | | 403.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 18,766.00 |
|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Nathaniel Cade, Jr.,**
        **Amy A. Cade**

Case No. _____

                                            Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**US Bank**<br>**P.O. Box 790408**<br>**Saint Louis, MO 63179-0408** | C | | **2005**<br>**debt of Time To Kiln, LLC; possible personal guarantee** | | | | 4,850.00 |
| Account No.<br><br>**US Bank Business Loan**<br>**P.O. Box 79041**<br>**Saint Louis, MO 63179** | C | | **1998**<br>**debt of Time To Kiln, LLC** | | | | 9,600.00 |
| Account No.<br><br>**US Dept. of Education-William D. Ford**<br>**Direct Student Loan Servicing**<br>**Direct Loan Payment Center**<br>**P.O. Box 530260**<br>**Atlanta, GA 30353-0260** | C | | **1989-1996**<br>**student loans** | | | | 84,000.00 |
| Account No.<br><br>**WE Energies**<br>**231 W. Michigan St.**<br>**Milwaukee, WI 53203** | C | | **2004**<br>**debt of Time To Kiln, LLC** | | | | 439.00 |
| Account No.<br><br> | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 98,889.00 |
| Total<br>(Report on Summary of Schedules) | 267,811.00 |

In re  **Nathaniel Cade, Jr.,**
       **Amy A. Cade**

Case No. _____

Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
       schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Nathaniel and Amy Cade**<br>**4411 N. Ardmore Ave.**<br>**Milwaukee, WI 53211** | **7/26/02, post marital agreement** |

__0__  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Nathaniel Cade, Jr.,**                                             Case No. _____

           **Amy A. Cade**

                                         Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

    **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

Form B6I
(12/03)

In re  **Nathaniel Cade, Jr.**
     **Amy A. Cade**                              Case No. _____
                                Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP<br>**son**<br>**son**<br>**daughter** | AGE<br>**3**<br>**3 mo.**<br>**4** | |

| **EMPLOYMENT** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | **attorney** | **homemaker/mother** |
| Name of Employer | **Michael Best & Friedrich** | |
| How long employed | **9 years** | |
| Address of Employer | **100 E. Wisconsin Ave.**<br>**Milwaukee, WI 53202** | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 12,083.33 | $ | 0.00 |
| Estimated monthly overtime | $ | 0.00 | $ | 0.00 |
| SUBTOTAL | $ | 12,083.33 | $ | 0.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 2,783.00 | $ | 0.00 |
| b. Insurance | $ | 786.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify)   **See Detailed Income Attachment** | $ | 221.00 | $ | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 3,790.00 | $ | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 8,293.33 | $ | 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| Income from real property | $ | 0.00 | $ | 0.00 |
| Interest and dividends | $ | 0.00 | $ | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| Social security or other government assistance | | | | |
| (Specify) _____ | $ | 0.00 | $ | 0.00 |
| _____ | $ | 0.00 | $ | 0.00 |
| Pension or retirement income | $ | 0.00 | $ | 0.00 |
| Other monthly income | | | | |
| (Specify) _____ | $ | 0.00 | $ | 0.00 |
| _____ | $ | 0.00 | $ | 0.00 |
| TOTAL MONTHLY INCOME | $ | 8,293.33 | $ | 0.00 |

TOTAL COMBINED MONTHLY INCOME   $ _____ 8,293.33   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6I
(12/03)

In re    **Nathaniel Cade, Jr.**
       **Amy A. Cade** _____     Case No. _____

Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| flex medical | $ 175.00 | $ 0.00 |
| life insurance | $ 9.00 | $ 0.00 |
| political contribution (mandatory) | $ 37.00 | $ 0.00 |
| **Total Other Payroll Deductions** | $ 221.00 | $ 0.00 |

In re    **Nathaniel Cade, Jr.**
       **Amy A. Cade**                        Case No. _____
                           Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | | |
|---|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | | $ | 3,425.00 |
| Are real estate taxes included? | Yes **X** | No ___ | | |
| Is property insurance included? | Yes **X** | No ___ | | |
| Utilities:   Electricity and heating fuel | | | $ | 275.00 |
|      Water and sewer | | | $ | 40.00 |
|      Telephone | | | $ | 65.00 |
|      Other    **See Detailed Expense Attachment** | | | $ | 175.00 |
| Home maintenance (repairs and upkeep) | | | $ | 300.00 |
| Food | | | $ | 750.00 |
| Clothing | | | $ | 350.00 |
| Laundry and dry cleaning | | | $ | 80.00 |
| Medical and dental expenses | | | $ | 100.00 |
| Transportation (not including car payments) | | | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | $ | 175.00 |
| Charitable contributions | | | $ | 225.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | |
|      Homeowner's or renter's | | | $ | 118.00 |
|      Life | | | $ | 0.00 |
|      Health | | | $ | 0.00 |
|      Auto | | | $ | 110.00 |
|      Other | | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | |
|      (Specify) | | | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | | |
|      Auto | | | $ | 0.00 |
|      Other    **student loans** | | | $ | 1,070.00 |
|      Other    **401(k) loan** | | | | 784.00 |
|      Other    **GE Capital** | | | | 150.00 |
| Alimony, maintenance, and support paid to others | | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | $ | 0.00 |
| Other    **See Detailed Expense Attachment** | | | $ | 705.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)      $ | 9,097.00

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.   Total projected monthly income | $ | N/A |
| B.   Total projected monthly expenses | $ | N/A |
| C.   Excess income (A minus B) | $ | N/A |
| D.   Total amount to be paid into plan each _____ | $ | N/A |
|                    (interval) | | |

In re  **Nathaniel Cade, Jr.**
      **Amy A. Cade**                                    Case No. _____
_____
                    Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| cable/internet | $ | 95.00 |
| cellular phone (work related; unreimbursed) | $ | 80.00 |
| **Total Other Utility Expenditures** | $ | 175.00 |

**Other Expenditures:**

| | | |
|---|---|---|
| diapers/wipes/baby formula | $ | 200.00 |
| haircuts/personal grooming | $ | 100.00 |
| childcare | $ | 150.00 |
| cleaning | $ | 125.00 |
| parking | $ | 130.00 |
| **Total Other Expenditures** | $ | 705.00 |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Nathaniel Cade, Jr.**
         **Amy A. Cade**

Debtor(s)

Case No.
Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **22** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   6/1/05

Signature

Nathaniel Cade, Jr.
Debtor

Date   6.1.05

Signature

Amy A. Cade
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Nathaniel Cade, Jr.**
       **Amy A. Cade**

                   Debtor(s)

Case No. _____

Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$60,416.00** | **2005** |
| | **$60,416, Nathaniel's wages through 05/31/05;** |
| **$115,034.00** | **2004** |
| | **$120,226, Nathaniel, wages,** |
| | **$560, Amy, wages,** |
| | **(-$5,752), capital loss from business;** |
| **$119,049.00** | **2003** |
| | **$113,218, Nathaniel, wages,** |
| | **$5,831, Amy, wages;** |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-5,554.00** | **2004** |
| | **$1, interest,** |
| | **$13, dividends,** |
| | **$1,493, refunds,** |
| | **(-$8,508), depreciation of business property,** |
| | **$1,447, qualified 529 plan;** |
| **$1,793.00** | **2003** |
| | **$27, interest,** |
| | **$1,697, refunds,** |
| | **$69, capital gain (stock).** |

**3. Payments to creditors**

None ☐

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **None other than those in the ordinary course of the debtors' financial affairs.** | | | |

None ☒

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Katz Properties, Inc. v. Amy Cade and Nathaniel Cade, Jr., 05CV002923** | **seeks money judgment based on breach of lease by Time To Kiln, LLC and Amy Cade's personal guaranty of that lease** | **Milwaukee County Circuit Court** | **summons & complaint filed, 4/15/05** |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**


None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**


None

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |


None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**


None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **St. Monica's Catholic Church Whitefish Bay, WI** | | **over the last 12 months** | **$1,300** |
| **United Way Milwaukee, WI** | | **over the last 12 months** | **$1,200** |
| **United Performing Arts Fund MIlwaukee, WI** | | **over the last 12 months** | **$500** |
| **Patricia Cade Jamaica** | **Nathaniel's mother** | **over the last 12 months** | **$2,000** |

**8. Losses**


None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lanser Law Office Mezzanine Suite 140 205 East Wisconsin Avenue Milwaukee, WI 53202** | **4/29/05** | **$2,500 plus $209 filing fee** |

**10. Other transfers**

None ☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Patrick & Carol Bivins 5045 N. Kent Ave. Milwaukee, WI 53217** | **11/12/04** | **sale of homestead located at 5045 N. Kent Ave., Whitefish Bay, WI 53217; sale price $258,710; no net proceeds to debtors** |

**11. Closed financial accounts**

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

| | | | |
|---|---|---|---|
| FILE #: | 049363 | DATE: | November 12, 2004 |
| SELLER: | Nathaniel Cade, Jr. and Amy A. Cade | TIME: | 10:30 AM |
| BUYER: | Patrick Bivins and Carol Bivins | | |
| PLACE: | Coldwell Banker | PROPERTY: | 5045 North Kent Avenue |
| | 2510 East Capitol Drive | | Whitefish Bay, Wisconsin |
| | Shorewood, Wisconsin 53211 | | 53217-5521 |
| | (414) 964-9000 ext.- | | |
| | Fax: | | REVISED STATEMENT NO: 2 |

1. **CHARGE BUYER:**

   Purchase Price: .................................................................... 258,710.00

   258,710.00

2. **CREDIT BUYER:**

   Taxes based on (2003 Tax ($4,910.09) X 105% = $5,155.59)          4,451.27
   Water/Sewer prorated - $137.92 from 3/1/2004 to 7/1/2004 - prorated 7/2/2004 to 11/11/2004          149.13

   4,600.40

3. **BALANCE DUE SELLER** ............................................................ 254,109.60

4. **CHARGE BUYER'S EXPENSES:**

5. **CREDIT DOWN PAYMENT:** ......................................................... 2,000.00

6. **TOTAL DUE AT CLOSING:** ........................................................ 252,109.60

Note:    This does not include any closing or other charges associated with your financing. Please contact your lending institution for any additional amount due at closing.

It is agreed that Seller obtain and pay any final utility and service bills not prorated on this statement. Buyer agrees to pay for remaining portion of oil based on reading obtained at the time of closing. Seller warrants that, unless otherwise indicated below, there have been no changes to the information set forth on the Seller's Real Estate Condition Report relative to subject property dated: 7/29/2004. Buyer and Seller acknowledge delivery, receipt and acceptance of the Seller Condition Report in compliance with Wisconsin Chapter 709.

THIS STATEMENT IS ACCEPTED AS CORRECT: November 12, 2004

Buyer: _Patrick Bivins_          Buyer: _Carol Bivins_

---

**SETTLEMENT WITH SELLER**

7. **BALANCE DUE SELLER:** (from line 3 above) ...................................... 254,109.60

8. **CHARGE SELLER:**

   Title Evidence Heritage Title Services, Inc. MG-180442-0          825.00
   Brokerage Commission    Shorewest, REALTORS®          9,043.56
                           Coldwell Banker Resi - E. Capitol Drive          6,209.04
   State transfer fee          776.40
   Chase Manhattan Mortgage Corp (+3 Days @ 25.94)          191,067.62
   Mortgage Lenders Network USA(+3 Days @ 14.63)          66,367.75
   Shorewest Realtors-Express mail payoffs          20.00

   274,299.37

9. **NET PROCEEDS DUE SELLER:** ...................................................... -$20,189.77
   Amount due on Line 9 to be in the form of Cashiers check or Certified funds made payable to seller.

*Check to Shorewest Realtors to be minus the down payment.

This Statement is Accepted as Correct: Nov. 12, 2004

Seller: _Nathaniel Cade, Jr._          Seller: _Amy A. Cade_

CLOSING COORDINATOR, Laura Morgese  (262) 827-4111 ext.- 213          Broker: _____

Case 05-29354-svk    Doc 2    Filed 06/02/05    Page 40 of 46

### 14. Property held for another person

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Callie A. Cade**<br>**c/o Nathaniel Cade, Jr.**<br>**Shorewood, WI** | **Edvest College Savings Program, $1,900** | |
| **Stone C. Cade**<br>**c/o Nathaniel Cade, Jr.**<br>**Shorewood, WI** | **Edvest College Savings Program, $1,940** | |
| **Max Cade**<br>**c/o Nathaniel Cade, Jr.**<br>**Shorewood, WI** | **Edvest College Savings Program, $590** | |

### 15. Prior address of debtor

None ☐  If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **5045 N. Kent Ave.**<br>**Whitefish Bay, WI 53217** | | **August 1999-July 2004** |

### 16. Spouses and Former Spouses

None ☒  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None
☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Time To Kiln, LLC** | | **c/o Nathaniel Cade, Jr. 4411 N. Ardmore Ave. Shorewood, WI 53211** | **paint your own pottery studio; Nathaniel 50% membership; Amy 50% membership** | **1997-2004** |

None
☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☒ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
☒ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☒ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Case 05-29354-svk    Doc 2    Filed 06/02/05    Page 42 of 46

None ☒   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                 DATE ISSUED

### 20. Inventories

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ☒   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| --- | --- |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                 NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ☒   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| | | NATURE AND PERCENTAGE |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                 ADDRESS              DATE OF WITHDRAWAL

None ☒   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                 TITLE              DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| --- | --- | --- |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

### 24. Tax Consolidation Group.

None ☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION              TAXPAYER IDENTIFICATION NUMBER

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

**25. Pension Funds.**


None

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **June 1, 2005**      Signature

**Nathaniel Cade, Jr.**
Debtor

Date   **June 1, 2005**      Signature

**Amy A. Cade**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **Nathaniel Cade, Jr.**
**Amy A. Cade**

Case No. _____

Chapter   **7**

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ☒ Debtor   ☐ Other (specify):   **Debtors are being charged hourly against retainer shown.**

3.   The source of compensation to be paid to me is:

   ☒ Debtor   ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors and preparation and filing of reaffirmation agreements as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, adversary proceeding or post-discharge satisfactions of judgment due to discharge in bankruptcy.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 1 , 2005**

**Bruce A. Lanser**
**LANSER LAW OFFICE**
**Mezzanine Suite 140**
**205 East Wisconsin Avenue**
**Milwaukee, WI 53202**
**414/272-5700  Fax: 414/272-5799**

---